UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CHIARELLO, SALVATORE § Case No. 09-45260
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on      . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Payments to the debtor

      Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $          , for a total compensation of $            . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $       , for total expenses of $       .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____         By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                         Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-45260 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHIARELLO, SALVATORE | | | | Date Filed (f) or Converted (c): | 11/30/09 (f) |
| | | | | | 341(a) Meeting Date: | 01/08/10 |
| For Period Ending: | 07/07/10 | | | | Claims Bar Date: | 06/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK CHECKING ACCOUNT #XXXXX4579 | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 2. HARRIS BANK SAVINGS ACCOUNT #XXXXX5641 | 5.00 | 5.00 | DA | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS; BIG/FLAT SCREEN TV, COMPUTER, VAC | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 4. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 5. NECESSARY WEARING APPAREL. | 50.00 | 50.00 | | 0.00 | 0.00 |
| 6. WATCH | 30.00 | 30.00 | | 0.00 | 0.00 |
| 7. WHOLE LIFE INSURANCE POLICY THROUGH STATE FARM INS | 68.00 | 68.00 | | 0.00 | 0.00 |
| 8. 2005 MERCEDES C24V (OVER 51,000 MILES) | 14,000.00 | 14,000.00 | | 6,500.00 | FA |
| 9. FAMILY PETS/ANIMALS. 1 DOG | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.56 | Unknown |
| TOTALS (Excluding Unknown Values) | $14,853.00 | $14,853.00 | | $6,500.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset notice filed

Initial Projected Date of Final Report (TFR): 09/30/10    Current Projected Date of Final Report (TFR): 12/31/10

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.10a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-45260 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHIARELLO, SALVATORE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208625 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9986 | | |
| For Period Ending: | 07/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/10 | 8 | SALVATORE CHIARELLO | SETTLEMENT - AUTOMOBILE | 1121-000 | 6,500.00 | | 6,500.00 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 6,500.07 |
| 04/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.23 |
| 05/28/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.39 |
| 06/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.56 |

| | COLUMN TOTALS | 6,500.56 | 0.00 | 6,500.56 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 6,500.56 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 6,500.56 | 0.00 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Money Market - Interest Bearing - 4429208625 | 6,500.56 | 0.00 | 6,500.56 |
| | | ---------------- | ---------------- | ---------------- |
| | | 6,500.56 | 0.00 | 6,500.56 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 6,500.56 0.00

Ver: 15.10a

LFORM24
UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-45260 | | Page 1 | | | Date: July 07, 2010 |
| Debtor Name: | CHIARELLO, SALVATORE | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $1,400.06 | $1,400.06 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $3,629.00 | $3,629.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $55.65 | $55.65 |
| 000001<br>070<br>7100-00 | American Infosource /Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | Filed 03/22/10 | $0.00 | $9,080.63 | $9,080.63 |
| 000002<br>070<br>7100-00 | American Infosource Agent/World Fin<br>Netk<br>National Bank As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | Filed 03/22/10 | $0.00 | $783.11 | $783.11 |
| 000003<br>070<br>7100-00 | American Infosource Agent World Fin<br>Netk<br>National Bank As<br>Express for Men (Structure)<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | Filed 03/22/10 | $0.00 | $441.42 | $441.42 |
| 000004<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 03/23/10 | $0.00 | $5,029.21 | $5,029.21 |
| 000005<br>070<br>7100-00 | PYOD LLC as assignee of MHC<br>Receivables<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 03/29/10 | $0.00 | $1,348.81 | $1,348.81 |
| 000006<br>070<br>7100-00 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 03/29/10 | $0.00 | $1,442.32 | $1,442.32 |

CREGIS2    Printed: 07/07/10 10:47 AM    Ver: 15.10a

**UST Form 101-7-TFR (9/1/2009)** *(Page: 5)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-45260 | | Page 2 | | | Date: July 07, 2010 |
| Debtor Name: | CHIARELLO, SALVATORE | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | Filed 03/29/10 | $0.00 | $18,378.82 | $18,378.82 |
| 000008 070 7100-00 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | Filed 03/29/10 | $0.00 | $905.49 | $905.49 |
| 000009 070 7100-00 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | Filed 03/29/10 | $0.00 | $1,022.27 | $1,022.27 |
| 000010 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 04/03/10 | $0.00 | $754.74 | $754.74 |
| 000011 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 04/03/10 | $0.00 | $2,958.99 | $2,958.99 |
| 000012 070 7100-00 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 04/15/10 (12-1) CREDIT CARD DEBT | $0.00 | $4,223.38 | $4,223.38 |
| 000013 070 7100-00 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 04/15/10 (13-1) CREDIT CARD DEBT | $0.00 | $1,399.65 | $1,399.65 |
| 000014 070 7100-00 | Premier BankCard/Charter Post Office Box 2208 Vacaville, CA 95696 | Unsecured | Filed 04/30/10 | $0.00 | $760.26 | $760.26 |
| 000015 070 7100-00 | GE Money Bank dba SAM'S CLUB DISCOVER Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | Filed 05/04/10 | $0.00 | $5,398.83 | $5,398.83 |
| 000016 070 7100-00 | GE Money Bank dba PAYPAL Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | Filed 05/04/10 | $0.00 | $855.51 | $855.51 |
| 000017 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 06/12/10 | $0.00 | $7,729.38 | $7,729.38 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-45260 | | Page 3 | | | Date: July 07, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | CHIARELLO, SALVATORE | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000018 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 06/12/10 | $0.00 | $2,246.97 | $2,246.97 |
| 000019 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 06/12/10 | $0.00 | $7,636.03 | $7,636.03 |
| | Case Totals: | | | $0.00 | $77,480.53 | $77,480.53 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-45260
Case Name: CHIARELLO, SALVATORE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $_____ | $_____ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *American Infosource /Agent for Target* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | American Infosource Agent/World Fin Netk | $ | $ |
| 000003 | American Infosource Agent World Fin Netk | $ | $ |
| 000004 | Discover Bank | $ | $ |
| 000005 | PYOD LLC as assignee of MHC Receivables | $ | $ |
| 000006 | PYOD LLC as assignee of Citibank | $ | $ |
| 000007 | PYOD LLC as assignee of Citibank | $ | $ |
| 000008 | PYOD LLC as assignee of Citibank | $ | $ |
| 000009 | PYOD LLC as assignee of Citibank | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ |
| 000011 | Chase Bank USA, N.A. | $ | $ |
| 000012 | American Express Centurion Bank | $ | $ |
| 000013 | American Express Bank, FSB | $ | $ |
| 000014 | Premier BankCard/Charter | $ | $ |
| 000015 | GE Money Bank dba SAM'S CLUB DISCOVER | $ | $ |
| 000016 | GE Money Bank dba PAYPAL | $ | $ |
| 000017 | Fia Card Services, NA/Bank of America | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000018* | *Fia Card Services, NA/Bank of America* | $ | $ |
| *000019* | *Fia Card Services, NA/Bank of America* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $       .