UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                    §
                                          §
CHIARELLO, SALVATORE                      §    Case No. 09-45260
                                          §
            Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/07/2010 in Courtroom 744,

          United States Courthouse
          219 South Dearborn
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2010                    By: /s/ Andrew J. Maxwell
                                                  Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
CHIARELLO, SALVATORE § Case No. 09-45260
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,500.56 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,500.56 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 1,400.06 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 3,629.00 | $ 55.65 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,395.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000001 | American Infosource /Agent for Target | $ 9,080.63 | $ 177.59 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---:|---:|
| 000002 | American Infosource Agent/World Fin Netk | $ 783.11 | $ 15.32 |
| 000003 | American Infosource Agent World Fin Netk | $ 441.42 | $ 8.63 |
| 000004 | Discover Bank | $ 5,029.21 | $ 98.36 |
| 000005 | PYOD LLC as assignee of MHC Receivables | $ 1,348.81 | $ 26.38 |
| 000006 | PYOD LLC as assignee of Citibank | $ 1,442.32 | $ 28.21 |
| 000007 | PYOD LLC as assignee of Citibank | $ 18,378.82 | $ 359.43 |
| 000008 | PYOD LLC as assignee of Citibank | $ 905.49 | $ 17.71 |
| 000009 | PYOD LLC as assignee of Citibank | $ 1,022.27 | $ 19.99 |
| 000010 | Chase Bank USA, N.A. | $ 754.74 | $ 14.76 |
| 000011 | Chase Bank USA, N.A. | $ 2,958.99 | $ 57.87 |
| 000012 | American Express Centurion Bank | $ 4,223.38 | $ 82.60 |
| 000013 | American Express Bank, FSB | $ 1,399.65 | $ 27.37 |
| 000014 | Premier BankCard/Charter | $ 760.26 | $ 14.87 |
| 000015 | GE Money Bank dba SAM'S CLUB DISCOVER | $ 5,398.83 | $ 105.59 |
| 000016 | GE Money Bank dba PAYPAL | $ 855.51 | $ 16.73 |
| 000017 | Fia Card Services, NA/Bank of America | $ 7,729.38 | $ 151.16 |
| 000018 | Fia Card Services, NA/Bank of America | $ 2,246.97 | $ 43.94 |
| 000019 | Fia Card Services, NA/Bank of America | $ 7,636.03 | $ 149.34 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 2                  Date Rcvd: Jul 29, 2010
Case: 09-45260                Form ID: pdf006             Total Noticed: 43

The following entities were noticed by first class mail on Jul 31, 2010.
db          +Salvatore Chiarello,    4331 N Narragansett Ave,    Chicago, IL 60634-1571
aty         +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
              Chicago, IL 60603-6209
aty         +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
aty         +Mark E Levine,    Law Offices Of Peter Francis Geraci,    55 East Monroe St., Suite #3400,
              Chicago, IL 60603-5920
aty         +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
              Chicago, IL 60603-6209
tr          +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
14785884    +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15419504     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15419503     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14785896    +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14785887    +BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
14785885    +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14785886    +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
14785878    +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15364912     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14785881    +Citgo/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
14785891    +Clerk, First Mun Div,    Doc # 09 M1 151629,    131 S. Dearborn St., floor 5,
              Chicago, IL 60603-5571
14785882    +Credit ONE BANK,    Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas, NV 89193-8875
14785867    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
14785868    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
14785871    +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15524635    +GE Money Bank dba SAM'S CLUB DISCOVER,    Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14785870    +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
14785873    +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
14785883    +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
14785890    +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
              Chicago, IL 60603-5571
15329136    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
15329016    +PYOD LLC its successors and assigns as assignee of,    MHC Receivables, LLC,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15505895    +Premier BankCard/Charter,    Post Office Box 2208,    Vacaville, CA 95696-8208
14785877    +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
14785897    +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
14785869    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
14785872    +Wfnnb/EXPRESS STRUCTUR,    Attn: Bankruptcy Dept.,    Po Box 330064,    Northglenn, CO 80233-8064
14785874    +Wfnnb/VICTORIAS SECRET,    Attn: Bankruptcy Dept.,    Po Box 182128,    Columbus, OH 43218-2128

The following entities were noticed by electronic transmission on Jul 29, 2010.
15295333     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2010 01:32:21
              American Infosource Lp As Agent for,    World Financial Network National Bank As,
              Express for Men (Structure),    PO Box 248872,    Oklahoma City, OK  73124-8872
15295331     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2010 01:32:21
              American Infosource Lp As Agent for,    World Financial Network National Bank As,
              Victoria's Secret,    PO Box 248872,    Oklahoma City, OK  73124-8872
15295330     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2010 01:32:21
              American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15297115     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14785893    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
15704177     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2010 01:32:20
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
15524638    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54     GE Money Bank dba PAYPAL,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14785894    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54     GEMB/SAMS CLUB DC,
              Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
14785875    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54     Gembppbycr,
              Attn: Bankruptcy Dept.,    Po Box 981064,    El Paso, TX 79998-1064
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14785880     Chicago, IL 60602
14785879     Clerk, First Mun Div,    Doc # 09 M1 151629
14785892*   +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14785895*   +BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
14785898*   +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14785888*   +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
14785889*   +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
14785876*   +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
                                                                                              TOTALS: 2, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: mjerdine            Page 2 of 2              Date Rcvd: Jul 29, 2010
Case: 09-45260               Form ID: pdf006           Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                    **Signature:**    *Joseph Speetjens*