UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| CHIARELLO, SALVATORE | § § | Case No. 09-45260 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| [x] None |  |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Citgo/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 13 Credit ONE BANK Attn: Bankruptcy Dept. Po Box 98875 Las Vegas NV 89193 | | | | | |
| | 15 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 16 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 23 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 26 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 8 Chase Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | Clerk, First Mun Div Doc # 09 M1 151629 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| 000013 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000012 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000018 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000016 | GE MONEY BANK DBA PAYPAL | | | | | |
| 000015 | GE MONEY BANK DBA SAM'S CLUB DISCO | | | | | |
| 000014 | PREMIER BANKCARD/CHARTER | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | |
|---|---|
| Case No: 09-45260   ERW   Judge: EUGENE R. WEDOFF | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: CHIARELLO, SALVATORE | Date Filed (f) or Converted (c): 11/30/09 (f) |
| | 341(a) Meeting Date: 01/08/10 |
| For Period Ending: 11/15/10 | Claims Bar Date: 06/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK CHECKING ACCOUNT #XXXXX4579 | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 2. HARRIS BANK SAVINGS ACCOUNT #XXXXX5641 | 5.00 | 5.00 | DA | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS; BIG/FLAT SCREEN TV, COMPUTER, VAC | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 4. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 5. NECESSARY WEARING APPAREL. | 50.00 | 50.00 | | 0.00 | 0.00 |
| 6. WATCH | 30.00 | 30.00 | | 0.00 | 0.00 |
| 7. WHOLE LIFE INSURANCE POLICY THROUGH STATE FARM INS | 68.00 | 68.00 | | 0.00 | 0.00 |
| 8. 2005 MERCEDES C24V (OVER 51,000 MILES) | 14,000.00 | 14,000.00 | | 6,500.00 | FA |
| 9. FAMILY PETS/ANIMALS. 1 DOG | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.93 | Unknown |

TOTALS (Excluding Unknown Values)   $14,853.00   $14,853.00   $6,500.93   $0.00
Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-Final Account filed w USTR 11-15-10

-Final Report filed w/ USTR 7-7-10 w/ clerk 7/28/10

Asset notice filed


Initial Projected Date of Final Report (TFR): 09/30/10   Current Projected Date of Final Report (TFR): 12/31/10

LFORM1                                                                                                                                          Ver: 16.00a
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-45260 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CHIARELLO, SALVATORE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208625 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9986 | | | |
| For Period Ending: | 11/15/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/10 | 8 | SALVATORE CHIARELLO | SETTLEMENT - AUTOMOBILE | 1121-000 | 6,500.00 | | 6,500.00 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 6,500.07 |
| 04/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.23 |
| 05/28/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.39 |
| 06/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.56 |
| 07/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.72 |
| 08/31/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.89 |
| 09/08/10 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 6,500.93 |
| 09/08/10 | | Transfer to Acct #4429208816 | Final Posting Transfer | 9999-000 | | 6,500.93 | 0.00 |

| | COLUMN TOTALS | 6,500.93 | 6,500.93 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 6,500.93 | |
| | Subtotal | 6,500.93 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 6,500.93 | 0.00 | |

Page Subtotals 6,500.93 6,500.93

Ver: 16.00a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-45260 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHIARELLO, SALVATORE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208816  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9986 | | |
| For Period Ending: | 11/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/10 | | Transfer from Acct #4429208625 | Transfer In From MMA Account | 9999-000 | 6,500.93 | | 6,500.93 |
| 09/08/10 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Full and Final Distribution<br>(Claim#) | 2100-000 | | 1,400.06 | 5,100.87 |
| 09/08/10 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3110-000 | | 3,629.00 | 1,471.87 |
| 09/08/10 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3120-000 | | 55.65 | 1,416.22 |
| 09/08/10 | 001004 | American Infosource /Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 177.64 | 1,238.58 |
| 09/08/10 | 001005 | American Infosource Agent/World Fin Netk<br>National Bank As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 15.32 | 1,223.26 |
| 09/08/10 | 001006 | American Infosource Agent World Fin Netk<br>National Bank As<br>Express for Men (Structure)<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 8.64 | 1,214.62 |
| 09/08/10 | 001007 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 98.38 | 1,116.24 |

Page Subtotals        6,500.93        5,384.69

Ver: 16.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-45260 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CHIARELLO, SALVATORE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208816  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9986 | | | |
| For Period Ending: | 11/15/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | New Albany, Ohio 43054-3025 | | | | | |
| 09/08/10 | 001008 | PYOD LLC as assignee of MHC Receivables c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Full and Final Distribution (Claim#) | 7100-000 | | 26.38 | 1,089.86 |
| 09/08/10 | 001009 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Full and Final Distribution (Claim#) | 7100-000 | | 28.21 | 1,061.65 |
| 09/08/10 | 001010 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Full and Final Distribution (Claim#) | 7100-000 | | 359.53 | 702.12 |
| 09/08/10 | 001011 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Full and Final Distribution (Claim#) | 7100-000 | | 17.71 | 684.41 |
| 09/08/10 | 001012 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Full and Final Distribution (Claim#) | 7100-000 | | 20.00 | 664.41 |
| 09/08/10 | 001013 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Full and Final Distribution (Claim#) | 7100-000 | | 14.76 | 649.65 |
| 09/08/10 | 001014 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Full and Final Distribution (Claim#) | 7100-000 | | 57.89 | 591.76 |
| 09/08/10 | 001015 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | Full and Final Distribution (Claim#) | 7100-000 | | 82.62 | 509.14 |

Page Subtotals          0.00        607.10

Ver: 16.00a

FORM 2     Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 09-45260 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CHIARELLO, SALVATORE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208816 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9986 | | | |
| For Period Ending: | 11/15/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/10 | 001016 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 27.38 | 481.76 |
| 09/08/10 | 001017 | Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 14.87 | 466.89 |
| 09/08/10 | 001018 | GE Money Bank dba SAM'S CLUB DISCOVER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 105.61 | 361.28 |
| 09/08/10 | 001019 | GE Money Bank dba PAYPAL<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 16.74 | 344.54 |
| 09/08/10 | 001020 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 151.20 | 193.34 |
| 09/08/10 | 001021 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 43.96 | 149.38 |
| 09/08/10 | 001022 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 149.38 | 0.00 |

Page Subtotals     0.00     509.14

Ver: 16.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-45260 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHIARELLO, SALVATORE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208816 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9986 | | |
| For Period Ending: | 11/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | 6,500.93 | 6,500.93 | 0.00 |
| Less: Bank Transfers/CD's | 6,500.93 | 0.00 | |
| Subtotal | 0.00 | 6,500.93 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,500.93 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - 4429208625 | 6,500.93 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208816 | 0.00 | 6,500.93 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 6,500.93 | 6,500.93 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*